UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANNY HENDERSON,
    Plaintiff,

vs.                              CASE NO. 8:13-CIV-928-T-EAK-EAJ

CARDINAL LANDSCAPING SERVICES
OF TAMPA, INC., et al.,
    Defendants.
_____/

## ORDER

This cause is before the Court on the motion for approval of settlement agreement and dismissal of the case with prejudice (Docket No. 16). The Court finds the motion well-taken. Accordingly, it is

**ORDERED** that the motion for approval of settlement agreement and dismissal of the case with prejudice (Docket No. 16) be **granted**, the settlement is approved by the Court, and the case is dismissed with prejudice. The Clerk of Court is directed to close this case and to terminate any pending motions.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 19th day of November, 2013.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to: All parties and counsel of record